AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
GABRIEL MORGAN BROWN

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00503
Assigned To : Harvey, G. Michael
Assign. Date : 06/25/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrange and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gabriel Morgan Brown                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1363 and 2 (Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction)
18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(F) (Act of Violence on the U.S. Capitol Grounds)

Date: 06/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:12:30 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/25/21, and the person was arrested on *(date)* 06/30/21
at *(city and state)* Bayville, NY.

Date: 6/30/21

*Arresting officer's signature*

Raymond Esposito / Special Agent
*Printed name and title*