# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO.** |
| v. : | |
| : | **VIOLATIONS:** |
| : | **18 U.S.C. 1752(a)(2)** |
| **GABRIEL BROWN,** : | **(Disorderly and Disruptive Conduct in a** |
| : | **Restricted Building or Grounds)** |
| Defendant. : | **40 U.S.C. § 5104(e)(2)(F)** |
| | **(Act of Physical Violence on U.S. Capitol Grounds)** |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **GABRIEL BROWN** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **GABRIEL BROWN** willfully and knowingly engaged in an act of physical violence in the Capitol Grounds or in any of the

Capitol Buildings.

  (**Act of Physical Violence in the Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

            Respectfully submitted,

            MATTHEW M. GRAVES
            United States Attorney
            D.C. Bar No. 481052

     By:  *Jennifer Leigh Blackwell*
            Jennifer Leigh Blackwell
            Assistant United States Attorney
            United States Attorney's Office
            For the District of Columbia
            Jennifer.blackwell3@usdoj.gov
            D.C. Bar No. 481097