UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
    v.                            :
                                  :    23-CR-9 (CJN)
Gabriel Brown,                    :
                                  :
            Defendant.            :
-------------------------------------------------------X
```

    Gabriel Brown, through his attorney Evan Sugar, respectfully moves the Court to continue the sentencing hearing currently scheduled for May 12, 2023, for approximately 60 days. The request for additional time is to allow defense counsel to continue to prepare a sentencing memorandum for the Court's consideration. The government does not object to this request.

Dated:  Central Islip, New York
         May 5, 2023

                                        Respectfully submitted,

                                        _____/s/_____
                                        Evan Sugar, Esq.
                                        Attorney for Mr. Brown

                                        Federal Defenders of New York
                                        770 Federal Plaza
                                        Central Islip, NY 11722
                                        (631)-712-6500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------X
UNITED STATES OF AMERICA        :
                                :
    v.                          :
                                :         23-CR-9 (CJN)
Gabriel Brown,                  :
                                :
        Defendant.              :
-------------------------------------------------------X
```

## **ORDER**

Based on the representations in the Motion to Continue filed by the defendant, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion us GRANTED; it is further ordered that the currently scheduled sentencing hearing on May 12, 2023, be continued for good cause to _____, at _____.

 
_____

THE HONORABLE CARL J. NICHOLS

UNITED STATES DISTRICT COURT JUDGE